1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3
4
5
6
7                UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA
9                    SAN FRANCISCO DIVISION

10 UNITED STATES OF AMERICA,           )   Case No. CR 07-0084 MAG
                                       )
11         Plaintiff,                  )
                                       )
12      v.                             )   [PROPOSED] ORDER FOR SUMMONS
                                       )
13 MEROLYN MARIE WILSON,               )
                                       )
14         Defendant.                  )
                                       )

15

16     Having reviewed the Declaration of Catherine M. Bloom, the Court finds that probable cause

17 exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.

18 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Merolyn

19 Marie Wilson, 1363 Ingalls Street, #44, San Francisco, 94124, to appear on March 9, 2007 at

20 9:30 am before Magistrate Judge Joseph C. Spero to answer the Information that has been filed

21 by the United States Attorney.

22

23     IT IS SO ORDERED.

24  Dated: Feb. 20, 2007
25                                          _____
                                            MAR...
                                            United... Judge Maria-Elena James
26
27
28

ORDER FOR SUMMONS
Case No. CR 07-0084 MAG