1  SCOTT N. SCHOOLS (SCBN 9990)
   Interim United States Attorney
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9                        SAN FRANCISCO DIVISION

10  UNITED STATES OF AMERICA,         )  Case No. CR 07-0084 MAG
                                      )
11         Plaintiff,                 )
                                      )
12      v.                            )  [PROPOSED] ORDER FOR SUMMONS
                                      )
13  MEROLYN MARIE WILSON,             )
                                      )
14         Defendant.                 )
   _____    )

15

16  Having reviewed the Declaration of Catherine M. Bloom, the Court finds that probable cause

17  exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.

18  58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Merolyn

19  Marie Wilson, 1363 Ingalls Street, #44, San Francisco, 94124, to appear on March 30, 2007 at

20  9:30 am before Magistrate Judge Joseph C. Spero to answer the Information that has been filed

21  by the United States Attorney.

22

23      IT IS SO ORDERED.

24
    Dated: __March 13, 2007_____              _____
25                                              JOSEPH C. SPERO
                                                United States Magistrate Judge
26

27

28

ORDER FOR SUMMONS
Case No. CR 07-0084 MAG